704

*Kassen,* with them *Swartz, Campbell & Detweiler,* for appellants; *Howard J. Creskoff,* with him *Freedman, Borowsky & Lorry,* for appellees.

Judgment affirmed.

## Clement, Appellant, *v.* Royal Indemnity Company.

Argued September 18, 1972. *Henry F. Huhn,* with him *Sirott & Huhn,* for appellant; *Miles Warner,* with him *Warner & McCormack,* for appellee.

Order affirmed.

HOFFMAN and PACKEL, JJ., absent.

## Commonwealth *v.* Adams, Appellant.

Submitted September 11, 1972. *Morris H. Wolff,* for appellant; *Peter J. Smith* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Bailey, Appellant.

Submitted Sep-